```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 24243
    PHILLIP A RAWLINGS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-6719

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/26/2007 and was confirmed 03/03/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/21/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG NOTICE ONLY   NOT FILED         .00           .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER   1130.38         .00           .00
WELLS FARGO HOME MORTGAG CURRENT MORTG       .00         .00           .00
WELLS FARGO HOME MORTGAG MORTGAGE ARRE       .00         .00           .00
ADVOCATE CHRIST MEDICAL  UNSEC W/INTER NOT FILED         .00           .00
ACMC PHYSICIAN SERVICES  UNSEC W/INTER NOT FILED         .00           .00
B-REAL LLC               UNSEC W/INTER    374.89         .00           .00
DOLLIE I WARREN REED     DEBTOR ATTY    3,000.00                    745.20
TOM VAUGHN               TRUSTEE                                     64.80
DEBTOR REFUND            REFUND                                        .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    810.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                 745.20
TRUSTEE COMPENSATION                            64.80
DEBTOR REFUND                                     .00
                         ---------------    ---------------
TOTALS                     810.00              810.00


              PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 24243 PHILLIP A RAWLINGS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE